UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.  05-CR-336 (RBW) |
| | : | |
| **JOHN B. TORKELSEN,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### JOINT MOTION TO CONTINUE PLEA HEARING

    The United States and defendant John. B. Torkelsen, by and through their attorneys, hereby respectfully move this Court for an order continuing the plea hearing in the above-captioned matter from its currently scheduled time on October 21, 2005 at 1:30 p.m., until a time and date during the period November 1, 2005 through November 4, 2005.  In support of this request, the parties state that they have reached a plea agreement in this matter, but need to resolve one outstanding issue prior to the plea hearing.  While the parties do not anticipate having any difficulty resolving this issue, it is necessary that defense counsel meet with the defendant about it.  Ralph Caccia, lead criminal counsel for the defendant,  is currently overseas and will not be available in sufficient time prior to the scheduled plea hearing to meet with the defendant.

WHEREFORE, the parties respectfully request that the hearing be rescheduled to sometime during the period November 1, 2005 through November 4, 2005.

Respectfully Submitted,

_____   _____
William Crenshaw                 John Griffith
Powell Goldstein, LLP            Assistant United States Attorney
901 New York Ave., N.W.          United States Attorneys Office
Washington, D.C. 20001-4443      555 4th Street, N.W.
(202) 624-7380                   Washington, D.C. 20530
                                 (202) 353-2453

Counsel for defendant John Torkelsen   Counsel for United States