**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No.  05-CR-336 (RBW)** |
| | : | |
| **JOHN B. TORKELSEN,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

Upon consideration of the parties' joint motion to continue the plea hearing in this matter,

it is hereby

**ORDERED**, that the plea hearing in this matter is rescheduled for November _____,

2005 at _____ in Courtroom 5 .

**IT IS SO ORDERED** this _____ day of October, 2005.


_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE


cc: William Crenshaw, Esq
    AUSA John Griffith