UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No. 05-CR-336 (RBW) |
| : | |
| JOHN B. TORKELSEN, : | |
| : | |
| Defendant.   : | |
| : | |

### ORDER

Upon consideration of the parties' joint motion to continue the plea hearing in this matter, it is hereby

**ORDERED**, that the plea hearing in this matter is rescheduled for November 3rd, 2005 at 9:00 AM in Courtroom 5.

**IT IS SO ORDERED** this 17th day of October, 2005.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

cc: William Crenshaw, Esq
    AUSA John Griffith