AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF __COLUMBIA__

FILED
NOV 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

JOHN B. TORKELSEN

WAIVER OF INDICTMENT

CASE NUMBER: 05-336 (RBW)

I, __JOHN B. TORKELSEN__, the above named defendant, who is accused of

__MAKING A FALSE ENTRY IN THE BOOKS, REPORTS AND STATEMENTS OF A SMALL BUSINESS INVESTMENT COMPANY IN VIOLATION OF TITLE 18, U.S.C. SECTION 1006__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11-3-05__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __[signature]__
__11-3-05__