AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF COLUMBIA

FILED
NOV 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

JOHN B. TORKELSEN

## WAIVER OF INDICTMENT

CASE NUMBER: 05-336 (RBW)

I, JOHN B. TORKELSEN, the above named defendant, who is accused of

MAKING A FALSE ENTRY IN THE BOOKS, REPORTS AND STATEMENTS OF A SMALL BUSINESS INVESTMENT COMPANY IN VIOLATION OF TITLE 18, U.S.C. SECTION 1006

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-3-05 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
11-3-05