U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

FILED

NOV  3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     :

v.                           :

~~JOHN D. THORELSEN~~        :     Case No.  ~~05-336 (RBW)~~

:

:

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this _____ day of _____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _____ by ~~SPECIAL AGENT HANS MARTIN~~ _____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ~~FEDERAL BUREAU OF INVESTIGATION~~ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of ~~SPECIAL AGENT HANS MARTIN~~ _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DOJ USA-16-1-8

COURT