**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | DOCKET NO. CR-1:05-336 |
| ) | |
| JOHN B. TORKELSEN ) | |
| ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

NOW COMES, defendant, JOHN B. TORKELSEN ("Mr. Torkelsen"), by and through his undersigned counsel, Ralph J. Caccia, and respectfully moves this Court to continue the date for Mr. Torkelsen's sentencing hearing, presently scheduled for January 27, 2006 to the week of March 6, 2006 and in support thereof states as follows.

1. On November 3, 2005, Mr. Torkelsen pleaded guilty to a one count Superseding Information. The court released Mr. Torkelsen on his own recognizance pending sentencing by this Court on January 27, 2006. Since his release, Mr. Torkelsen has been in full compliance with the conditions of his release and has fully cooperated with the United States Probation Office in the preparation of his Pre-Sentence Report.

2. Mr. Torkelsen is currently addressing a number of issues relating to his physical health. Mr. Torkelsen requires additional time to complete certain medical testing and evaluations that may require particularized care during the period of his incarceration.

3. Mr. Torkelsen is currently addressing issues relating to the long term care of his mother and father, both of whom are over ninety (90) years old and for whom Mr. Torkelsen is primarily responsible. Mr. Torkelsen's father suffered a stroke on December 24, 2005 and Mr. Torkelsen is in the process of making appropriate rehabilitative

arrangements for him. In addition, Mr. Torkelsen is also making accommodations for his mother, who resides in an assisted living facility.

4. The only material issue that remains unresolved is the appropriate restitution amount for Mr. Torkelsen. The parties are engaging in discussions to attempt to resolve this issue or to simplify the presentation of the issue to the Court in the event it cannot be resolved.

5. Counsel for Mr. Torkelsen discussed the instant motion with counsel for the United States, Assistant United States Attorney John Griffith. Mr. Griffith agrees to and has no opposition to this motion to continue the sentencing hearing from January 27, 2006 to the week of March 6, 2006.

6. Accordingly, for all of the foregoing reasons, Mr. Torkelsen respectively requests that the Court continue the sentencing hearing to any date on or after March 6, 2006.

WHEREFORE, the Defendant respectfully requests that the Court enter the attached Order Granting Motion to Continue Sentencing Hearing.

By: /s/ Caccia
RALPH J. CACCIA
Powell Goldstein LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
(202) 624-7353

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 20th day of January, 2006, I caused a true and accurate copy of the foregoing Unopposed Motion to Continue Sentencing Hearing for John Torkelsen, Docket No. CR-1:05-336, to be sent, via facsimile at (202) 307-2304 to:

    John Griffith, Esq.
    Assistant United States Attorney
    United States Attorney's Office for
    The District of Columbia
    Judiciary Center
    555 Fourth Street, NW
    Washington, DC 20001

    _____
    Don R. Berthiaume