UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

FILED
JAN 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. ) DOCKET NO. CR-1:05-336
)
JOHN B. TORKELSEN )
)

### ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing Hearing, and for other good cause shown, it is this 23rd day of January, 2006 hereby,

**ORDERED**, that Defendant's Unopposed Motion to Continue Sentencing Hearing be, and is hereby, **GRANTED**; and it is further,

**ORDERED**, that Mr. Torkelsen's sentencing hearing be held on March 7, 2006 @ 9:00 AM.

SO ORDERED, this 24th day of January 2006.

Honorable Reggie B. Walton
United States District Court for the District of Columbia