MICHAEL E. TOFANO, M.D.
BOARD CERTIFIED CARDIOLOGY

601 EWING STREET
SUITE C-7
PRINCETON, NEW JERSEY 08540
TELEPHONE: (609) 921-6340

February 23, 2006

The Honorable Reggie B. Walton
United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

RE: **JOHN TORKELSEN**

Dear Judge Walton:

John Torkelsen is under my care with a diagnosis of Hypertension and Hyperlipidemia. He presently takes Lipitor 40 mg, Lotrel 5/20 mg, Tenormin 50 mg BID, HCTZ 12.5 mg, and Aspirin. He also has a diagnosis of Diverticulosis and has received treatment for Diverticulitis in the past from a Gastroenterologist (treated with antibiotics). These conditions require continued treatment and his medications should not be discontinued.

If you have any questions, please do not hesitate to contact me.

Respectfully,

Michael E. Tofano, MD