**Ingrid Lovrinic**
**554 Tori Ct.**
**New Hope, Pa 18938**

23 February 2006

The Honorable Reggie B. Walton
United States District Judge
District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

Dear Judge Walton:

I understand that my father is going to prison.

I am very close to him. We live less than one mile apart.

We see each other many times each week.

I have two daughters, aged four and two. My father is very close to them, baby-sitting, and playing with them several times each week.

It would mean a lot to me if my father could be close by so that I and my children can visit him.

In addition, most of our family lives in central New Jersey, as do my father's friends. Being in New Jersey would help a lot.

Sincerely,

Ingrid Lovrinic