UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. CR-05-0336 (RBW) |
| : | |
| JOHN B. TORKELSEN, : | |
| : | |
| Defendant. : | |
| : | |

**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits this memorandum in aid of sentencing. For the reasons set forth herein, the government respectfully recommends that the Court sentence the defendant to a term of imprisonment of seventy months and order restitution to the U.S. Small Business Administration in the amount of $1,905,634.

**I.    BACKGROUND**

On November 2, 2005, defendant John Torkelsen pled guilty to a one-count felony Superseding Information that charged him with making a False Entry in the Books, Reports and Statements of a Small Business Investment Company, 18 U.S.C. §1006. During his plea colloquy, the defendant admitted that at times material to his offense he managed and controlled the day-to-day operations of Acorn Technology Fund ("ATF") a Small Business Investment Company licensed and funded by the U.S. Small Business Administration. On February 10, 2002, the defendant caused a false entry to be made in the reports of ATF by submitting to the U.S. Small Business Administration a false and misleading Form 856 Disclosure Statement for ATF representing that no assets of ATF were pledged as security for any liability, when in reality certificates of deposit totaling $3,075,000 held in the name of ATF were pledged as collateral for loans.

II.     **SENTENCING CALCULATION**

The Presentence Report ("PSR"), correctly calculates the defendant's total offense level at 27 and Criminal History I, yielding a sentencing range of 70 to 87 months. See PSR ¶ ¶ 32, 35 and 55. The United States respectfully requests that the Court sentence the defendant at the low end of this sentencing range to 70 months imprisonment as agreed to in the plea agreement. Regarding restitution, the undersigned has conferred with the victim, U.S. Small Business Administration and counsel for the defendant and all parties agree that a restitution order in the total amount of $1,905,634 is appropriate in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
JOHN D. GRIFFITH
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2453