THE HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA: Docket No.: 05-336

vs.:

John B. Torkelsen                    Disclosure Date: December 21, 2005

**FILED**

MAR 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          12-23-05
Assistant U.S. Attorney                   Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant        Date              Defense Counsel       Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **JANUARY 4, 2006**, to U.S. Probation Officer **Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr.
      Chief United States Probation Officer

**Receipt and Acknowledgment**

All information in the report is correct except page 2 - FBI # is 505812KC5 - Defendant processed with FBI on Nov. 3, 2005. On page 6, paragraph 23, the base offense level is listed as 7 in the text and 6 in the calculation column. The first reference should be changed to 6.

Signed By: _____
           (Defense Counsel / **AUSA**)

Date: 12/23/05

TOTAL P.03