**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.   ) | **DOCKET NO. CR-1:05-336 (RBW)** |
| ) | |
| **JOHN B. TORKELSEN** ) | |
| ) | |
| **Defendant.** ) | |

**REQUEST FOR CLARIFICATION OF JUDGMENT AND**
**COMMITMENT ORDER**

NOW COMES, defendant, JOHN B. TORKELSEN ("Mr. Torkelsen"), by and through his undersigned counsel, Ralph J. Caccia, and respectfully moves this Court to clarify Mr. Torkelsen's Judgment and Commitment Order by changing its written recommendation to the Bureau of Prisons regarding Mr. Torkelsen's prison designation from "the federal prison facility of Fairton FCI" to "the federal prison facility of Fairton FPC."

1.  The Bureau of Prisons maintains two facilities in Fairton, New Jersey. A medium-security facility designated as a Federal Correctional Institution (**FCI**) and a minimum-security facility designated as a Federal Prison Camp (**FPC**).

2.  On November 3, 2005, Mr. Torkelsen pleaded guilty to a one-count superseding information in this matter.

3.  On March 2, 2006, Mr. Torkelsen filed a Sentencing Memorandum in which he requested that the Court recommend to the Bureau of Prisons that it (1) place Mr. Torkelsen in the Federal Prison Camp (FPC) at Fairton for the service of his sentence, (2) allow Mr. Torkelsen to participate in the 500-hour substance abuse treatment program while serving his sentence, and (3) allow Mr. Torkelsen to voluntarily surrender himself to his designated prison facility.

4. On March 7, 2006, at Mr. Torkelsen's sentencing hearing, Counsel for Mr. Torkelsen made these specific requests in his allocution. The Court sentenced Mr. Torkelsen to 70 months in prison and adopted Counsel's requests and recommended to the Bureau of Prisons that it (1) place Mr. Torkelsen in the Federal Prison Camp (FPC) at Fairton for the service of his sentence, (2) allow Mr. Torkelsen to participate in the 500-hour substance abuse treatment program while serving his sentence, and (3) allow Mr. Torkelsen to voluntarily surrender himself to his designated prison facility.

5. On March 14, 2006, the Court issued its written Judgment and Commitment Order. Unfortunately, the Judgment and Commitment Order reflects that the Court recommended that the designated facility be the federal prison facility of Fairton <u>FCI</u>, the medium security facility, instead of the federal prison facility of Fairton <u>FPC</u>, the minimum-security facility, which the Defendant had requested and this Court granted.

6. Counsel for Mr. Torkelsen has discussed this request with counsel for the United States, Assistant United States Attorney John Griffith. Mr. Griffith has no objection to this Court clarifying its Judgment and Commitment Order to correctly reflect the prison designation as "the federal prison facility of Fairton <u>FPC</u>."

7. Accordingly, for all of the foregoing reasons, Mr. Torkelsen respectively requests that the Court clarify the Judgment and Commitment Order to read "that the defendant be placed in the federal prison facility of Fairton <u>FPC</u>, P.O. Box 280, Fairton, NJ 08320 so he may maintain contact with his family."

WHEREFORE, the Defendant respectfully requests that the Court clarify the Judgment and Commitment Order.

By: /S/ Ralph J. Caccia
RALPH CACCIA
Powell Goldstein LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C.  20001
(202) 624-7353

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March 2006, I caused a true and accurate copy of the foregoing Request for Clarification of Judgment and Commitment Order for John Torkelsen, Docket No. CR-1:05-336 (RBW), to be sent, via facsimile at (202) 305-0266 to:

>John Griffith, Esq.
>Assistant United States Attorney
>United States Attorney's Office for
>The District of Columbia
>Judiciary Center
>555 Fourth Street, NW
>Washington, DC 20001

>/S/ Don R. Berthiaume
>Don R. Berthiaume

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **DOCKET NO. CR-1:05-335 (RBW)** |
| ) | |
| **JOHN B. TORKELSEN** ) | |
| ) | |
| **Defendant.** | |

**ORDER**

Upon consideration of the defendant's Request for Clarification of Judgment and Commitment Order , it is this _____ day of _____, 2006 hereby,

**ORDERED**, that the Judgment and Commitment Order be clarified to state that the Court makes the following recommendations to the Bureau of Prisons:

That the defendant be permitted to participate in the 500 hour substance abuse treatment program while serving his prison sentence.

That the defendant be placed in the federal prison facility of Fairton FPC, P.O. Box 280, Fairton, NJ 08320 so he may maintain contact with his family.

That the defendant will voluntarily surrender where he is designated to serve his sentence.

SO ORDERED, this ___ day of March 2006.

_____
JUDGE WALTON