UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **DOCKET NO. CR-1:05-335 (RBW)** |
| | ) | |
| **JOHN B. TORKELSEN** | ) | |
| | ) | |
| **Defendant.** | | |

## ORDER

Upon consideration of the defendant's Request for Clarification of Judgment and Commitment Order, it is this _____ day of _____, 2006 hereby,

**ORDERED**, that the Judgment and Commitment Order be clarified to state that the Court makes the following recommendations to the Bureau of Prisons:

That the defendant be permitted to participate in the 500 hour substance abuse treatment program while serving his prison sentence.

That the defendant be placed in the federal prison facility of Fairton FPC, P.O. Box 280, Fairton, NJ 08320 so he may maintain contact with his family.

That the defendant will voluntarily surrender where he is designated to serve his sentence.

SO ORDERED, this ___ day of March 2006.

_____
JUDGE WALTON