UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Criminal Case No.: 05-336
) (RBW)
JOHN B. TORKELSEN, )
)
Defendant. )
)

## ORDER

Currently before the Court is the defendant's Request for Clarification of Judgment and Commitment Order. In the Judgment and Commitment Order issued on March 14, 2006, this Court recommended "[t]hat the defendant be placed in the federal prison facility of Fairton FCI, P.O. Box 280, Fairton, N.J. 08320 so he can maintain contact with family." The defendant requests that this recommendation be altered to read "in the federal prison facility of Fairton FPC." The placement of a defendant at a specific facility for security reasons is a classification decision for the Bureau of Prisons to make, and this Court should not have attempted to influence the decision through its recommendation. Accordingly, this Court should not have made such a recommendation in the March 14, 2006 Judgment and Commitment Order. Accordingly, it is hereby this 4th day of April, 2006,

ORDERED that the defendant's motion is **GRANTED IN PART AND DENIED IN PART.** It is further

ORDERED that the Judgment and Commitment Order shall be modified to read "[t]hat the defendant be placed in the appropriate federal prison facility in Fairton, N.J. so he can maintain contact with his family."

**SO ORDERED.**

_____
Reggie B. Walton
United States District Judge