HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

JUN 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

John B. Torkelsen                    Docket No.: 05-~~355~~ 336 -01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __John B. Torkelsen__ having been sentenced, on March 7, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Morgantown__, in __Morgantown, WV__ by 2 p.m., on __June 22, 2006__.

__June 6, 2006__
Date

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____          _____
ATTORNEY/U.S. PROBATION OFFICER           DEFENDANT

Revised 6-2004